# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | OCT 13 2010 |
|---|---|---|---|
| CASE NUMBER | 10 C 6344 | DATE | OCT 13 2010 |
| CASE TITLE | Lamberto Roman-Salgado (#64403-179) vs. Eric Holder | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to proceed *in forma pauperis* [#3] is granted. The court orders the trust fund officer at the plaintiff's place of incarceration to deduct $28.61 from the plaintiff's account for payment to the Clerk of Court as an initial partial filing fee, and to continue making monthly deductions in accordance with this order. The clerk shall send a copy of this order to the trust fund officer at the federal penitentiary in Beaumont, Texas. The plaintiff is directed to serve copies of his complaint on: (1) the U.S. Attorney for the Northern District of Illinois, as well as Attorney General Eric Holder. *See* Fed. R. Civ. P. 4(i)(1). The government is directed to answer or otherwise plead within sixty days of service. The clerk is directed to send the plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this order.

■ [For further details see text below.]                                    Docketing to mail notices.

## STATEMENT

The plaintiff, a federal prisoner, has brought this *pro se* civil rights action pursuant to 8 U.S.C. § 1503(a). The plaintiff seeks a declaratory judgment declaring him to be a national of the United States.

The plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff is assessed an initial partial filing fee of $28.61. The trust fund officer at the plaintiff's place of incarceration is authorized and ordered to collect the partial filing fee from the plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the plaintiff's trust fund officer is directed to collect monthly payments from the plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify the plaintiff's name and this case number. This payment obligation will follow the plaintiff wherever he may be transferred.

Under 28 U.S.C. § 1915A, the court is required to conduct a prompt threshold review of the complaint. Here, accepting the plaintiff's allegations as true, the court finds that the plaintiff has articulated a colorable **(CONTINUED)**

mjm

cause of action. The plaintiff alleges that he meets the qualifications for being a U.S. national, that he has applied for naturalization, that the U.S. Bureau of Citizenship and Immigration Services has never completed the process, and that he has exhausted all available administrative remedies. The plaintiff further contends that because he has been classified as an alien rather than a national, he is subject to deportation proceedings, in addition to being denied programs and privileges available to inmate citizens. The U.S. District Court for the District of Columbia previously directed the plaintiff to file suit in this court. *See Roman-Salgado v. Holder*, Case No. 09 C 1493 (Dist. D.C.), Memorandum Opinion of August 11, 2010 (Urbina, J.). Accordingly, the government is directed to respond to the complaint.

The plaintiff is directed to serve the U.S. Attorney General and the U.S. Attorney for the Northern District of Illinois in accordance with Fed. R. Civ. P. 4(i)(1). The government is directed to answer or otherwise respond to the complaint within sixty days of service.

The clerk is directed to mail the plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this order.

The plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. The plaintiff must provide the court with the original plus a complete judge's copy, including any exhibits, of every document filed. In addition, the plaintiff must send an exact copy of any court filing to the defendants [or to defense counsel, once an attorney has entered an appearance on behalf of the defendants]. Every document filed with the court must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the plaintiff.