

FILED
Feb 22, 2011
FEB 2 2 2011
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Lamberto Roman-Salgado,
    Plaintiff,

v.                            Civ. Action No. 10-CV-6344

Eric Holder, et.al.,         Judge Joan B. Gottschall
    Defendant.

PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

COMES NOW plaintiff Lamberto Roman-Salgado who hereby submits this memorandum in opposition to Defendant's Motion to Dismiss and who respectfully represents as follows:

1. Although styled as a motion to dismiss, defendant's motion is in fact a motion for summary judgment where matters outside of the pleadings, including the Affidavit of Immigration Services Officer in the Chicago Field Office of the U.S. Citizenship and Immigration Services, a Record of Sworn Statement dated August 11, 2006, and other matters. Plaintiff objects to the defendant's motion being treated as a motion for summary judgment because he has not yet had the opportunity to conduct discovery to support his allegations. Plaintiff believes that he can obtain, through discovery, sufficient proof of his having filed a citizenship application with INS in 1996. Plaintiff has already obtained proof of his being fingerprinted at the Highwood police for his citizenship application, and through discovery, should

1

be able to obtain proof of his filed citizenship application through the files of Immigration Specialist Maria Pizano who assisted him with the application as set forth in the Complaint. Now, however, the record stands as a disputed issue of material fact with plaintiff's Declaration disputing Ms. Mahmood's Declaration. Further, he has proof that he passed the Constitution test given by INS in December 1995 at Highland Park High School.

2. Plaintiff further avers that his citizenship application was pending for over ten years during which time he was eligible for citizenship and able to show good moral character prior to his conviction. See 8 CFR 316.10(b)(ii). Plaintiff requests a further opportunity to submit a supplemental brief on the issue of whether he is precluded from showing good moral character because he has been convicted of a felony as defined in §101(a)(43) of the Act on or after November 29, 1990. Plaintiff avers that there is ample case law support for persons convicted of a felony being able to overcome the hurdle of showing good moral character.

3. Under §1429, "no application for naturalization shall be considered, if there is pending against the applicant a removal proceeding." Plaintiff avers that **there is no pending removal proceeding** against him. Plaintiff does not understand defendant's statement that "plaintiff was placed under removal proceedings pursuant to 8 U.S.C. §1227(a)(2)(A)(iii) although ICE has not initiated removal proceedings." When plaintiff

attempted to file pleadings in the Immigration Court in Houston, Texas prior to filing this action, those pleadings were rejected because ICE had not yet initiated removal proceedings. When plaintiff provided a copy of the Notice to Appear to the Immigration Court, he was told that ICE had not yet initiated removal proceedings, and there "was no removal proceeding pending against" plaintiff. Plaintiff was lawfully admitted to the U.S. because his permanent residence status was in effect and the Immigration Court granted him a waiver which permitted him to routinely travel back and forth to Mexico which he in fact routinely did.

4. Plaintiff acknowledges that he is not claiming that he is a derivative citizen. However, when he gave the Sworn Statement on August 11, 2006, he specifically advised the interviewer that he had a pending citizenship application and when the interviewer asked about his legal claim to being a U.S. citizen, he was referring to whether plaintiff's parents were U.S. citizens/born in the U.S. or whether they were born in Mexico.

Respectfully Submitted,                    February 14, 2011

Lamberto Roman-Salgado, #64403-179, FCI-Beaumont Low,
P.O. Box 26020, Beaumont, TX 77720-6020

*****NOTICE TO COURT AND COUNSEL OF PENDING CHANGE OF ADDRESS:
Please take notice that Plaintiff is pending transfer to an
ICE detention facility by Bureau of Prisons in the near future
and will update court and counsel of new address as soon as possible.

Certificate of Service
I hereby declare, under penalty perjury, that I have served a copy of the foregoing on Craig Oswald, AUSA, 219 S.Dearborn St., Chicago, IL 60604, by placing a copy in the official prison mail, first class postage prepaid, this FEbruary 14, 2011.

Lamberto Roman-Salgado